UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09 B 33595 |
| | CHAPTER 13 |
| ANTHONY MCNAMARA | |
| KHAREN MCNAMARA | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  DEUTSCHE BANK NATL TRUST CO

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 12 | 39 | 1213 2ARS 9339BIRCH | $5,385.67 | $5,000.00 | $5,000.00 |
| Total Amount Paid by Trustee | | | | | $5,000.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-33595-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 27th day of May, 2015.

Debtor:
ANTHONY MCNAMARA
KHAREN MCNAMARA
9339 BIRCH ST
CHICAGO, IL 60462

Attorney:
ZALUTSKY & PINSKI LTD
111 W WASHINGTON #1550
CHICAGO, IL 60602
via Clerk's ECF noticing procedures

Mortgage Creditor:
BANK OF AMERICA
% COUNTRYWIDE HOME LOANS
PO BOX 5170 SVB-314
SIMI VALLEY, CA 93062-5170

Mortgage Creditor:
BANK OF AMERICA
% DEUTSCHE BANK
7105 CORPORATE DRIVE PTXB209
PLANO, TX 75024

Creditor:
DEUTSCHE BANK NATL TRUST CO
% FRANKLIN CREDIT MGMT
PO BOX 5147
CAROL STREAM, IL 60197-5147

Mortgage Creditor:
FIRST FRANKLIN LOAN SERVICES
% FRANKLIN CREDIT MGMT CORP
6 HARRISON STREET
NEW YORK, NY 10013

Mortgage Creditor:
THE HUNTINGTON NATIONAL BANK
% FRANKLIN CREDIT MGMT CORP
PO BOX 2301
JERSEY CITY, NJ 07303-2301

Mortgage Creditor:
DEUTSCHE BANK NATIONAL TRUST
% FRANKLIN CREDIT MANAGEMENT
PO BOX 2301
JERSEY CITY, NJ 07303-2301

ELECTRONIC SERVICE - United States Trustee

Date: May 27, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603